FILED

08 OCT 16 PM 1:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. WILLIAM Q. HAYES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-CR-0448-WQH |
| Plaintiff, | ) | **ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT** |
| v. | ) | |
| REZA DJAVAHERI SAATCHI, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED THAT** Reza Djavaheri Saatchi be allowed to travel outside of the District to Switzerland, on December 10, 2008, returning to San Diego on March 1, 2009, for business purposes.

**IT IS SO ORDERED.**

Dated: ___10/15/08___

_____
HON. WILLIAM Q. HAYES
United States District Court Judge