**FILED**

08 OCT 16 PM 1:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REZA DJAVAHERI SAATCHI, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. 07-CR-0448-WQH <br><br> **ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT AND THE UNITED STATES AT THE DISCRETION OF UNITED STATES PROBATION** |

**IT IS HEREBY ORDERED THAT** Reza Djavaheri Saatchi be allowed to travel outside of the District, at the discretion of his United States Probation Officer, Kelly DeCreek.

**IT IS SO ORDERED.**

Dated: 10/15/08

HON. WILLIAM Q. HAYES
United States District Court Judge